# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4586 | **DATE** | 7/15/2004 |
| **CASE TITLE** | Timothy Dennis vs. Metabolife International, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Dennis' counsel is granted leave to file an appropriate amendment to the Complaint in this Court's chambers on or before July 26, 2004. That amendment should be limited to replacing the present Complaint ¶¶1 and 2. In the absence of such a timely filing, however, this Court would be constrained to dismiss this action for lack of subject matter jurisdiction.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | JUL 16 2004 date docketed | |
| | Notified counsel by telephone. | | | 2 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | | |
| | Copy to judge/magistrate judge. | CLERK | 7/16/2004 | |
| SN | courtroom deputy's initials | 2004 JUL 16 PM 12:31 | date mailed notice SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIMOTHY DENNIS,                )
                               )
              Plaintiff,       )
                               )
      v.                       )    No.  04 C 4586
                               )
METABOLIFE INTERNATIONAL, INC.,)
                               )
              Defendant.       )

MEMORANDUM ORDER

Timothy Dennis ("Dennis") has filed this personal injury action against Metabolife International, Inc. ("Metabolife"), seeking to invoke federal jurisdiction on diversity of citizenship grounds. But because Dennis' Complaint fails to make the requisite allegations as to the parties' citizenship, this memorandum order is issued sua sponte to require his counsel to cure that deficiency.[1]

Complaint ¶1 speaks of Dennis' place of <u>residence</u> but not of his state of <u>citizenship</u>, which by definition is the relevant fact for jurisdictional purposes. In that circumstance our Court of Appeals has said dismissal is in order (<u>Held v. Held</u>, 137 F.3d 998, 1000 (7th Cir. 1998), quoting <u>Guaranty Nat'l Title Co. v. J.E.G. Assocs.</u>, 101 F.3d 57, 59 (7th Cir. 1996)):

> Of course, allegations of residence are insufficient to establish diversity jurisdiction. It is well-settled that "[w]hen the parties allege residence but not

---

[1] There is no problem as to the amount in controversy requirement for diversity jurisdiction, so this order will focus only on the citizenship issue.

citizenship, the court must dismiss the suit."
But because an individual's state of citizenship most frequently (though not always) coincides with his or her place of residence, this Court is disinclined to stick Dennis with the cost of another $150 filing fee if the omission can be cured promptly.

As for Metabolife, Complaint ¶2 has ignored the dual corporate citizenship requirements of 28 U.S.C. §1332(c)(1). So the same Complaint amendment that is called for by this memorandum order must also provide the missing information.

In summary, Dennis' counsel is granted leave to file an appropriate amendment to the Complaint (not a full-blown Amended Complaint) in this Court's chambers on or before July 26, 2004. That amendment should be limited to replacing the present Complaint ¶¶1 and 2. In the absence of such a timely filing, however, this Court would be constrained to dismiss this action for lack of subject matter jurisdiction.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 15, 2004