Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4586 | **DATE** | 8/2/2004 |
| **CASE TITLE** | Timothy Dennis vs. Matabolife International | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Because Dennis has not satisfied his duty to establish the required diversity, this Court must -- and does -- dismiss this action for lack of subject matter jurisdiction, as the Order had forewarned.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | | AUG 0 3 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | y |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 8/2/2004 date mailed notice | |
| | SN | courtroom deputy's initials | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIMOTHY DENNIS,  )
 )
          Plaintiff,  )
 )
v.  )  No. 04 C 4586
 )
METABOLIFE INTERNATIONAL, INC.,  )
 )
          Defendant.  )

DOCKETED
AUG 0 3 2004

MEMORANDUM ORDER

Despite the unambiguous directions contained in this Court's July 15, 2004 memorandum order ("Order"), counsel for plaintiff Timothy Dennis ("Dennis") has responded with a pleading that:

    1. is a full-blown 13-page repeat of the original Complaint, not just the required amendment to Complaint ¶¶1 and 2 (as the Order had specifically instructed);[1] and

    2. has made no change whatever in Complaint ¶2, despite the Order's express identification of 28 U.S.C. §1332(c)(1) for the necessary allegations as to corporate citizenship.

Because Dennis has not satisfied his duty to establish the required diversity, this Court must--and does--dismiss this action for lack of subject matter jurisdiction, as the Order had forewarned.

                                          Milton I. Shadur
                                          Senior United States District Judge

Date: August 2, 2004

---

[1] That failure to follow clear instructions has created no substantive harm--it's just careless.

